# United States District Court

__Southern__ District of __Texas__

UNITED STATES OF AMERICA
V.
**Bernardo RICARDI-Lerma**

Mexico
A203 586 056

**CRIMINAL COMPLAINT**

CASE NUMBER 1:19-PO- __134__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **January 19, 2019** in __Cameron__ County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **Deportation Officer** and this complaint is based on the following facts:

**The defendant was apprehended in Olmito, Texas on May 23, 2019. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River at or near Brownsville, Texas on or about January 19, 2019, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes   ☒ No

Defendant has   $53.14

\S\ Alfonso Lemming
*Signature of Complainant*

Alfonso Lemming          Deportation Officer
*Name and Title of Complainant*

Sworn to before me and subscribed in my presence,

May 24, 2019                               at     Brownsville, Texas
*Date*                                                *City and State*

Ignacio Torteya III     U.S. Magistrate Judge
*Name and Title of Judicial Officer*                *Signature of Judicial Officer*